USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                             No. 15-CR-537

TERRANCE WILLIAMS,

    Defendant.

-------------------------------------------------------x

VALERIE CAPRONI, District Judge:

## ORDER

On June 27, 2017, Terrance Williams ("Defendant") was sentenced principally to a term of imprisonment of 399 months following his plea of guilty to charges relating to participating in a racketeering enterprise, in violation of 18 U.S.C. § 1962 (d). The Defendant's sentencing guidelines range was 360 months to life, based on an offense level of 41 and a criminal history category of II. The Bureau of Prisons currently projects that the Defendant will be released from prison on August 18, 2040.

Effective November 1, 2023, in its Amendment 821, the United States Sentencing Commission ("Sentencing Commission") amended the United States Sentencing Guidelines Manual in two respects. Part A amends Guidelines § 4A1.1, by reducing from two (2) points to one (1) point the upward adjustment for offenders who committed the instant offense while under any criminal sentence, and by limiting this adjustment to defendants who received seven (7) or more criminal history points. Part B, in the part relevant here, amends Guidelines § 4C1.1, by providing a 2-level offense level reduction for offenders with zero (0) criminal history points who meet specified eligibility criteria. The Sentencing Commission made these amendments retroactive effective November 1, 2023.

Defendant has made a motion for reduction in his sentence (Docket Entry No. 1866). The Probation Department has issued a report indicating Defendant is eligible for a reduction.

Pursuant to the standing order of the Chief Judge of this District, Michael Tremonte and Noam Biale have been appointed to represent the Defendant in this Court's consideration of whether the Defendant's sentence should be modified in light of Amendment 821.

IT IS ORDERED that no later than April 1, 2024, the Government shall file a statement of its position on the motion for modification of the Defendant's sentence.

IT IS FURTHER ORDERED that the Defendant shall file his response, if any, no later than April 22, 2024.

The Court's intention, unless it orders otherwise, is to resolve this motion based on the parties' written submissions.

SO ORDERED.

Dated:  March 4, 2024
        New York, New York

_____
VALERIE CAPRONI
United States District Judge