## SHER TREMONTE LLP

**MEMO ENDORSED**

June 22, 2026

<u>**BY ECF**</u>

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/23/2026

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    ***United States v. Terrance Williams,***
> No. 15-cr-537

Dear Judge Caproni,

I write to respectfully request reappointment as counsel for Terrance Williams pursuant to the Criminal Justice Act ("CJA"), and for the appointment of my colleague, Grace Coleman, as associate CJA counsel.

As Your Honor may recall, I was appointed to represent Mr. Williams in proceedings before this Court and first appeared on his behalf on January 22, 2016. On June 27, 2017, the Court sentenced Mr. Williams to 399-months' imprisonment. *See* ECF No. 1117 at 10, 53. I was subsequently reappointed on December 18, 2023 to assist Mr. Williams in making a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). *See* ECF No. 1858.

Mr. Williams is currently serving his sentence at FCI Manchester in Kentucky with a projected release date in September 2040, and has recently requested my assistance in filing a motion for compassionate release. Because of my familiarity with Mr. Williams and his case, I am well-suited to assist him in making such a motion and respectfully request that the Court re-appoint me as counsel for Mr. Williams for that purpose. I further request that the Court appoint Grace Coleman, an associate of my firm Sher Tremonte LLP, as associate CJA counsel and that Ms. Coleman be authorized to bill at $110/hour.

I appreciate the Court's consideration of this request.

Application GRANTED.

SO ORDERED.          6/23/2026

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Noam Biale*
Noam Biale

cc:    Terrance Williams (by U.S. Mail)